

# GASTON COUNTY POLICE

CASE# **2026-00020571**

## CASE SUPPLEMENT FIELD SUMMARY

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 04/14/2026 | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| | | |

**OFFENSES**

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| Adult | Interviewee | JACKSON, FRANCES MARIE | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| 09/17/1966 | 59 | 1046 FERN FOREST DR G Gastonia, NC 28054 | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| Unknown | | Female | 0'00" 0'00" | 000 000 | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| | | (704)524-4987 | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| Adult | Other | HUELSMAN , KERRIE | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | 000000 000 | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| White | | Female | 5'02" 5'03" | 000 000 | Brown | | |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| | | (980)226-8071 | | | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| | | | | | | | |

*ADDITIONAL SUBJECTS, VEHICLES, PROPERTY and NARRATIVE MAY BE PRINTED ON FOLLOWING PAGES*

**For Law Enforcement Use Only. Not For Public Dissemination.**

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Castaneda | 04/14/2026 | Lloyd, Heather Renee Rice | 04/15/2026 |

1 OF 9



GCPD Case Supp 2026-00020571 Page 1 OF 9

Case 3:22-cr-00134-KDB-UMJ    Document 48    Filed 05/11/26    Page 1 of 9



## SUPPLEMENTAL NARRATIVE

I.  OCA#:        2026-00020571

II.  Offender:    Antonio Johnny Jackson
                  DOB: 03/31/1981

III.  Victim(s):   State of North Carolina

IV. Reference:   Animal Cruelty

V.   Location:    3033 Marigold Ln. Gastonia, NC 28052

VI.  Investigator: Det. Z. Castaneda

VII.  Narrative:

On Monday March 30, 2026 I was assigned an Animal Cruelty case for further investigation (OCA#: 2026-00020571).

On Saturday March 28, 2026, Gaston County Animal Control Specialist Bostick responded to 3033 Marigold Ln. Gastonia, NC reference to an Animal Cruelty call. In Specialist Bostick's report, Specialist Bostick spoke with Gastonia Police Officer, J. St. Laurent on-scene. In the report, Specialist Bostick stated Officer J. St. Laurent said Candace Sierra Woods received a call from her ex-boyfriend (Antonio Johnny Jackson) to retrieve her belongings and her small Yorkie/Scnauizerr mix named Callie from his residence. In the report, Specialist Bostick stated Officer J. St. Laurent said Candace was uncooperative and did not provide additional details about the incident. In the report, Specialist Bostick stated he made contact with Candace via phone call as she had left the scene. In the report, Specialist Bostick stated Candace advised she left the scene and was attempting to take her dog to CARE in Charlotte because Antonio had thrown her dog across the yard and the dog could only move its head. In the report, Specialist Bostick, stated he and Specialist Scarborough followed up with Candace at her residence (923 Ashton Ave. Gastonia, NC). In the report, Specialist Bostick stated Candace explained she ended her relationship with Antonio approximately a week prior and since the breakup, her belongings and the dog remained at Antonio's residence(3033 Marigold Ln Gastonia, NC). In the report, Specialist Bostick stated Candace said she received a call at 2:04am from Antonio telling her

For Law Enforcement Use Only. Not For Public Dissemination.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Castaneda | 04/14/2026 | Lloyd, Heather Renee Rice | 04/15/2026 |

2 OF 9

GCPD Case Supp 2026-00020571 Page 2 OF 9

Case 3:22-cr-00134-KDB-UMJ    Document 48    Filed 05/11/26    Page 2 of 9



"you better come get your dog" and then Candace said she heard the dog whining in the background. In the report, Specialist Bostick stated Candace said when she arrived at Antonio's residence, she located her belongings and the dog inside the trunk of one of her vehicles she'd left at the residence. In the report, Specialist Bostick stated Candace said Antonio took the dog out of the trunk and threw it approximately 5-10 feet across the yard, causing the dog to yelp. In the report, Specialist Bostick stated Candace said the dog did not get up or walk back to her, instead scooted across the ground as if its legs were not functioning properly. In the report, Specialist Bostick stated Candace said Antonio picked the dog up and walked it toward the rear of the vehicle and tossed the dog back in the trunk area. In the report, Specialist Bostick stated Candace said Antonio used an underhand swing motion. In the report, Specialist Bostick stated he received veterinary records from Wilkinson Animal Hospital for the dog. In the report, Specialist Bostick stated the records indicated the dog was in pain and radiographic images were pending review by a radiologist. In the report, Specialist Bostick stated the records indicated pain medication had been administered to keep the dog comfortable. In the report, Specialist Bostick stated he observed the dog lying on the floor in discomfort and unable to stand of its own. In the report, Specialist Bostick stated he photographed the dog.

Specialist Bostick added the photographs to the case file.

Specialist Bostick's BWC footage will be added to case file.

\*\*To be noted: Gastonia Police Department initially responded to 3033 Marigold Ln. Gastonia, NC 28052 reference to a domestic call. Per the call notes, the reporting person refused to speak with officers and only requested help for her dog (Gastonia PD OCA: 2026-00021192). \*\*\*

I reviewed the veterinary records. Per the records, the dog(Cali) was seen by Dr. Artise Steward at Wilkinson Animal Hospital. Per the records, it was noted Cali was in pain and in a state of shock from the trauma/event. Per the records, Cali received medication for the pain. The records and invoice will be added to the case file.

On Thursday April 02, 2026 I called Candace Sierra Woods. I requested to speak with her reference to the incident. Candace agreed to meet the next day, Friday April 03, 2026.

For Law Enforcement Use Only. Not For Public Dissemination.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Castaneda | 04/14/2026 | Lloyd, Heather Renee Rice | 04/15/2026 |


**SUPPLEMENTAL NARRATIVE (continuation)**

On Friday April 03, 2026 Candace arrived at the Gaston County Police Department. I introduced myself and asked for her to walk me through the events that occurred on Saturday March 28, 2026.

Candace stated her ex-boyfriend, Antonio, called her at approximately 1:49am telling her to get her stuff and her dog(Cali). Candace stated Antonio also threatened to burn her car. Candace stated he wouldn't stop calling her because he thought she was talking/seeing someone new. Candace stated she could tell he was drunk. Candace stated when she drove to his residence she noticed her clothes had been thrown outside and inside her other car she'd left at his residence(white 2004 GMC Denali). Candace stated she noticed the trunk open and her belongings inside. Candace stated she never noticed Cali in the trunk until Antonio walked over and grabbed Cali by the neck and slung her across the yard. Candace stated Cali whined and couldn't stand up, as if her legs were broken. Candace stated Antonio walked over and picked Cali up by the neck (again) and threw her back in her car. Candace stated Antonio was upset and kept saying it was "foul" of her to not tell him where she was staying at. Candace stated she parked the white GMC Denali, with Cali inside, up the street at her sister's house. Candace stated Cali was lying in the front seat struggling to breathe.

Candace stated she had called Antonio's mother(Pee Wee) before driving to Antonio's. Candace stated she told Antonio's mother, her son was "tripping" and he'd done something to Cali. Candace stated Antonio's mom, advised she would make her way to Antonio's residence.

Candace stated when Antonio's mother saw Cali's condition, Antonio's mother called 911.

Candace stated at approximately 8am-9am that morning, Cali was lying around, not walking, not eating and shaking. Candace stated Cali was prescribed pain medication and had a scheduled follow up visit on Saturday (April 04, 2026).

Candace stated Antonio has called multiple times, apologizing for what did to Cali. Candace stated Antonio also sent her $300.00 to cover the vet bill.

**For Law Enforcement Use Only. Not For Public Dissemination.**

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Castaneda | 04/14/2026 | Lloyd, Heather Renee Rice | 04/15/2026 |

4 OF 9

GCPD Case Supp 2026-00020571 Page 4 OF 9

Case 3:22-cr-00134-KDB-UMJ    Document 48    Filed 05/11/26    Page 4 of 9



Candace stated she broke up with Antonio because of his infidelity. Candace stated she found a new home and was slowly moving out of Antonio's home because she didn't want him to notice right away.

Candace stated Antonio lives with his Aunt at the residence – 3033 Marigold Ln Gastonia, NC.

Candace stated Antonio may be reluctant to speak with law enforcement and would likely contact his Probation Officer for advice.

Candace shared multiple photographs and a video she took of Cali after the incident. The photographs and video will be added to the case file.

Refer to the audio recording for full, exact statement.

On Monday April 06, 2026 I called Antonio's mother, Frances Marie Jackson. I asked Frances if a recent incident occurred between her son(Antonio) and Candace. Frances stated yes. Frances stated Candace called saying her son was "acting up". Frances stated Antonio lives with his aunt. Frances stated she drove to the house. Frances stated Antonio got mad at Candace because she went on with her life. Frances stated she noticed Antonio was drunk. Frances stated a physical altercation occurred between the two, but wasn't there to witness it. Frances stated Candace told her Antonio had slammed the dog on the ground, in the grass and then threw the dog in her car. Frances stated the car was parked up the street. Frances stated she observed the dog in a white SUV car lying in the front seat. Frances stated the dog was making a hissing noise, trying to catch its breath. Frances stated Antonio was talking nonsense the entire time. Frances stated Antonio saw a car driving in the neighborhood and said to Candace "is that the motherfucker". Frances stated Antonio came out with a sledgehammer and waited for the car. Frances stated she told Antonio he needed to get some help. Frances stated when Antonio drinks, her tears things up. Frances stated Antonio has anger issues. Frances stated Antonio has since called her and apologized. Frances stated he also apologized for what he did to the dog.

**For Law Enforcement Use Only. Not For Public Dissemination.**

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Castaneda | 04/14/2026 | Lloyd, Heather Renee Rice | 04/15/2026 |

Case 3:22-cr-00134-KDB-UMJ    Document 48    Filed 05/11/26    Page 5 of 9


## SUPPLEMENTAL NARRATIVE (continuation)

Refer to the audio recording for full, exact statement.

On Monday April 06, 2026 I called Antonio's assigned Federal Probation Officer, K. Huelsman. K. Huelsman stated Antonio attempted to break into his ex-girlfriends house(Candace) last night (Sunday April 05, 2026) and had an active warrant. K. Huelsman advised she would initiate contact with him and see if he would agree to an interview.

On Monday April 06, 2026 I requested and obtained call notes and 911 audio recordings from Gaston County Communications Center regarding the incidents at 3033 Marigold St Gastonia, NC on Saturday March 28, 2026.

On Tuesday April 07, 2026 I had a missed call from Federal Probation Officer, K. Huelsman.

On Wednesday April 08, 2026 I called K. Huelsman's. K. Huelsman stated Antonio was at the Gaston County Jail. I scheduled to meet K. Huelsman at the jail (at 1pm) to speak with Antonio. K. Huelsman acknowledged.

At 1:05pm, I received a call from K. Huelsman. K. Huelsman stated Antonio bonded out and was home( 3033 Marigold Ln Gastonia, NC). I advised K. Huelsman I would proceed to 3033 Marigold St. Gastonia, NC. K. Huelsman acknowledged.

Upon arrival, Detective Smith and I met with Antonio Jackson. I explained to Antonio, a report was filed due to an incident that occurred with Candace and her dog. Antonio stated he started drinking a bottle of Hennessy earlier that day at approximately 9pm-10pm. Antonio stated he started thinking about his ex-girlfriend(Candace). Antonio stated he called Candace multiple times but she didn't answer. Antonio stated he texted her to get her belongings and her dog out of his house. Antonio stated he and Candace broke up a week ago and she had left her belongings and her dog(Cali) at his house. Antonio stated he was angry by that point. Antonio stated Candace owns two car, one of which was in his driveway. Antonio stated it was a white Denali. Antonio stated he began throwing Candace belongings outside and into her car. Antonio stated in the process, Cali walked up to him and he grabbed her by her legs and threw her out the door.

For Law Enforcement Use Only. Not For Public Dissemination.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Castaneda | 04/14/2026 | Lloyd, Heather Renee Rice | 04/15/2026 |

Case 3:22-cr-00134-KDB-UMJ   Document 48   Filed 05/11/26   Page 6 of 9


## SUPPLEMENTAL NARRATIVE (continuation)

Antonio stated he walked over to Cali and picked her up again, and threw her in the white Denali, followed by a large TV that likely hitting her.

Antonio stated he and Candace got into a physical altercation when Candace arrived.

Antonio stated his mother showed up after the incident. Antonio stated he remembers being angry to the point he was standing on top of his Jeep, yelling. Antonio stated he also remembers seeing a car driving in the neighborhood and thinking Candace had called some guy. Antonio stated he went into the house and got a sledgehammer for his protection. Antonio stated he walked down the street to his friend's house to cool down. Antonio stated he stayed at his friend's house overnight. Antonio stated when he returned home, the white Denali was parked up the street.

Antonio stated he gets angry when he drinks. Antonio acknowledged hurting Cali. Antonio stated Candace told him Cali was seen by the vet and was prescribed medication and xrays were performed. Antonio stated Candace told him Cali was up and walking now.

Refer to the audio recording for full, exact statement.

On Friday April 10, 2026 I called Candace. I informed Candace I was following up on Cali's xray results. Candace stated she missed the appointment due to lack of funds. Candace stated she rescheduled the appointment for tomorrow (Saturday April 11, 2026). Candace stated Cali was doing well and walking on her own. I asked Candace she notified of the xrays results. Candace stated the veterinarian said Cali did not have any broken bones and it was possibly a sprain. I asked Candace if she could produce an updated veterinary record. Candace stated yes.

Refer to the audio recording for full, exact statement.

On Monday April 13, 2026 after failing to receive a copy, I followed up with Candace via text. Candace stated she would request a copy to be faxed over. I provided Candace with Gaston County Police Department fax number.

**For Law Enforcement Use Only. Not For Public Dissemination.**

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Castaneda | 04/14/2026 | Lloyd, Heather Renee Rice | 04/15/2026 |



## SUPPLEMENTAL NARRATIVE (continuation)

On Monday April 13, 2026 I was advised by Gaston County front desk a fax report was sent from Wilkinson Animal Hospital. Per the records, Cali was seen by Dr. L. Romo at Wilkinson Animal Hospital on Saturday April 11, 2026. Per the records, Cali's symptoms had improved from the last visit. Per the records, the physical examination was noted as "unremarkable". The updated records will be added to the case file.

On Monday April 13, 2026, I presented this case before Assistant District Attorney J. Warner. I was advised the District Attorney's Office would be interested in seeking a prosecution against Antonio Johnny Jackson for Felony Animal Cruelty(one count).

On Tuesday April 14, 2026, I obtained a Felony Animal Cruelty warrant(one count) on Antonio Johnny Jackson.

On Tuesday April 14, 2026, Antonio Johnny Jackson was arrested and served by Gaston County Police Department.

The following documents will be added to the case file.

- Animal Cruelty case report
- Call notes & 911 audio recordings
- Interview notes taken by Detective Z. Castaneda
- Wilkinson Animal Hospital veterinary records for Cali
- Photographs and video taken by Candace Sierra Woods
- Recorded interviews (audio) by Detective Z. Castaneda
    - Candace Sierra Woods
    - Frances Jackson
    - Antonio Johnny Jackson
- Specialist Bostick BWC footage

**For Law Enforcement Use Only. Not For Public Dissemination.**

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Castaneda | 04/14/2026 | Lloyd, Heather Renee Rice | 04/15/2026 |


---

### SUPPLEMENTAL NARRATIVE (continuation)

- **Copy of warrant for Antonio Johnny Jackson**

**At this time, I request this case closed, arrest made.**

---

**For Law Enforcement Use Only. Not For Public Dissemination.**

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| Castaneda | 04/14/2026 | Lloyd, Heather Renee Rice | 04/15/2026 |

9 OF 9